L.H. v. County of Livingston

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

# SUMMARY ORDER

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of January, two thousand fifteen.

PRESENT: DENNIS JACOBS,
　　　　　DEBRA ANN LIVINGSTON,
　　　　　RAYMOND J. LOHIER, JR.,
　　　　　　　　　　Circuit Judges.

- - - - - - - - - - - - - - - - - - - -X

L.H., individually, and as parent and guardian of T.D., and T.D.,
　　　　Plaintiffs-Appellees,

　　　-v.-　　　　　　　　　　　　　　　13-4344

COUNTY OF LIVINGSTON, THOMAS E. MORAN, individually and in his official capacity as former District Attorney of Livingston County, LINDSAY P. QUINTILONE, individually and in her official capacity as former Assistant District Attorney of Livingston County, and other known or unknown employees of the County of Livingston,
　　　　Defendants-Appellants.

- - - - - - - - - - - - - - - - - - - -X

1

**FOR APPELLANTS:** Jeremy A. Colby, Michael P. McClaren, Webster Szanyi LLP, Buffalo, New York.

**FOR APPELLEES:** Jeffrey Wicks, PLLC, Rochester, New York.

Appeal from an order of the United States District Court for the Western District of New York (Telesca, <u>J.</u>).

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the order of the district court be **AFFIRMED**.

Defendant Lindsay P. Quintilone, a former prosecutor, appeals from an order of the United States District Court for the Western District of New York (Telesca, <u>J.</u>), denying (in part) her motion to dismiss on grounds of absolute and qualified immunity. <u>See</u> <u>Mitchell v. Forsyth</u>, 472 U.S. 511, 524-30 (1985). We assume the parties' familiarity with the underlying facts, the procedural history, and the issues presented for review.

As the district court held, defendant's absolute immunity argument is foreclosed by <u>Hill v. City of New York</u>, 45 F.3d 653 (2d Cir. 1995), in which we denied absolute immunity to a state prosecutor on facts that are materially the same.

The claim for qualified immunity was abandoned, for unknown reasons, in Quintilone's reply brief ("[f]or purposes of this appeal only"). So we will not consider it at this time. Of course, she may renew the defense before the district court at a later stage (and, if necessary, may seek further appellate review, <u>see</u> <u>Behrens v. Pelletier</u>, 516 U.S. 299, 305-11 (1996)).

For the foregoing reasons, and finding no merit in defendant's other arguments, we hereby **AFFIRM** the order of the district court.

FOR THE COURT:
CATHERINE O'HAGAN WOLFE, CLERK